UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| TRACY SILENCE, and, | ) | |
| STEPHEN KRATKY | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | Case No. 4:03CV965 RWS |
| | ) | |
| STATE FARM FIRE & CASUALTY CO. | ) | |
| Defendant. | ) | |

## **ORDER**

**IT IS HEREBY ORDERED** that Defendant shall cause process to be served on the estate of Stephen Kratky.

**IT IS FURTHER ORDERED** that a status conference will be held on **October 14, 2005, at 9:30 a.m.** in the chambers of the undersigned.

Dated this 1st day of September, 2005.

_____
RODNEY W. SIPPEL
UNITED STATES DISTRICT JUDGE